UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF APEX GLOBAL INFORMATION
SERVICES, INC., and McTEVIA & ASSOCIATES, INC.,
as liquidating Agent of A.P. Liquidating Co. f/k/a      No. 08-cv-10720 (Cross-Appeal)
APEX GLOBAL INFORMATION SERVICES, INC.

               Appellants / Cross-Appellees,      Hon. Denise Page Hood

v.

QWEST COMMUNICATIONS CORPORATION,
a Delaware corporation,

               Appellee/ Cross-Appellant.
_____/

## JUDGMENT

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Judgment on the Bankruptcy Cross-Appeal is entered in favor of AGIS and against Qwest.

                                                   DAVID J. WEAVER
                                                   CLERK OF COURTS

Approved:                                     By: s/ Wm. F. LEWIS
                                                              Deputy Clerk

s/ DENISE PAGE HOOD
Denise Page Hood
United States District Jduge
Dated: April 13, 2009
Detroit, Michigan